UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HOWARD COHAN,

    Plaintiff,

v.

ZOE'S FLORIDA, LLC a Foreign Limited
Liability Company d/b/a ZOES KITCHEN
#20298,

    Defendant.

Civil Action
File No.: 6:22-CV-01845-PGB-DAB

## JOINT NOTICE OF SETTLEMENT

COMES NOW, HOWARD COHAN, Plaintiff, AND ZOE'S FLORIDA, LLC, Defendant,

by and through undersigned counsel, and hereby notice the Court that the parties have resolved this

case in principle. The parties are currently reducing the terms of settlement to a formal agreement

and executing said agreement. Once the parties have fully executed the agreement, the parties shall

file a joint stipulation of dismissal with the Court. Due to the resolution of this case in principle, the

parties request that this case be removed from all Court calendars and deadlines.

This 30th day of November, 2022.

CHARTWELL LAW
*Attorneys for Defendant*
1191 East Newport Center Drive, PHH
Deerfield Beach, FL  33442
Tel: (754) 227-7995
Fax: (754) 212-4170
Primary: molmsted@chartwelllaw.com
Secondary: rblauvelt@chartwelllaw.com

By: */s/ Matthew R. Olmsted*
    Matthew R. Olmsted, Esq
    Florida Bar No.: 36306

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HOWARD COHAN,

    Plaintiff,

v.

ZOE'S FLORIDA, LLC a Foreign Limited
Liability Company d/b/a ZOES KITCHEN
#20298,

    Defendant.

Civil Action
File No.: 6:22-CV-01845-PGB-DAB

## CERTIFICATE OF SERVICE

This is to certify that on this date I electronically filed this Certificate of Service for

Defendant's JOINT NOTICE OF SETTLEMENT with the Clerk of Court using the CM/ECF system

which will automatically send e-mail notification of such filing to the following attorney(s) of record:

Sconzo Law Office, P.A.
GREGORY S. SCONZO, ESQUIRE
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Telephone: (561) 729-0940
Facsimile: (561) 491-9459
Primary Email: greg@sconzolawoffice.com
Primary Email: samantha@sconzolawoffice.com
Secondary Email: alexa@sconzolawoffice.com

This 30th day of November, 2022.

CHARTWELL LAW
*Attorneys for Defendant*
1191 East Newport Center Drive, PHH
Deerfield Beach, FL 33442
Tel: (754) 227-7995
Fax: (754) 212-4170
Primary: molmsted@chartwelllaw.com
Secondary: rblauvelt@chartwelllaw.com
By: */s/ Matthew R. Olmsted*
    Matthew R. Olmsted, Esq
    Florida Bar No.: 36306